United States Bankruptcy Court for the:

DISTRICT OF ARIZONA, PHOENIX DIVISION

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Native Environmental, L.L.C.** |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 86-1007687 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3250 S 35th Ave  Phoenix, AZ 85009-6734  Number, Street, City, State & ZIP Code | 3250 S 35th Ave  Phoenix, AZ 85009-6734  P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa  County | Location of principal assets, if different from principal place of business  3250 S 35th Ave Phoenix, AZ 85009-6734  Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership
   ☐ Other. Specify: _____

| Debtor | Native Environmental, L.L.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.

_____

### 8. Under which chapter of the Bankruptcy Code is the Debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

Debtor    Native Environmental, L.L.C.                                    Case number (*if known*)_____
          Name

**11. Why is the case filed in this district?**  Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
        Contact name     _____
        Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☒ 50-99             ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Native Environmental, L.L.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 9, 2016**
　　　　　　　　MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  **Manager**

**Jon Riggs**
Printed name

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  **March 9, 2016**
　　　　MM / DD / YYYY

**D L. Hawkins**
Printed name

**Aiken Schenk Hawkins & Ricciardi P.C.**
Firm name

**2390 E Camelback Rd Ste 400**
**Phoenix, AZ 85016-3479**
Number, Street, City, State & ZIP Code

Contact phone  **(602) 248-8203**　　Email address  **dlh@ashrlaw.com**

**013251**
Bar number and State